IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: King II, Eligah L<br>Hall-King, Alessander D<br>Printed: 02/24/09 | Case Number: 06 B 09076<br>Judge: Goldgar, A. Benjamin<br>Filed: 7/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: January 28, 2009
Confirmed: October 31, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 93,176.79 | |
| Secured: | | 63,688.59 |
| Unsecured: | | 20,143.54 |
| Priority: | | 0.00 |
| Administrative: | | 1,989.04 |
| Trustee Fee: | | 5,525.63 |
| Other Funds: | | 1,829.99 |
| Totals: | 93,176.79 | 93,176.79 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 1,900.00 | 1,900.00 |
| 2. | Ledford & Wu | Administrative | 89.04 | 89.04 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 24,812.69 | 24,812.69 |
| 4. | Bennie & Nellie Williams | Secured | 25,164.01 | 25,164.01 |
| 5. | Select Portfolio Servicing | Secured | 50,184.65 | 13,711.89 |
| 6. | CitiFinancial Auto Credit Inc | Unsecured | 0.00 | 0.00 |
| 7. | Discover Financial Services | Unsecured | 1,542.35 | 4,406.70 |
| 8. | CB USA | Unsecured | 47.25 | 135.00 |
| 9. | RoundUp Funding LLC | Unsecured | 215.59 | 615.97 |
| 10. | RoundUp Funding LLC | Unsecured | 93.76 | 267.88 |
| 11. | RoundUp Funding LLC | Unsecured | 57.71 | 164.89 |
| 12. | RJM Acquisitions LLC | Unsecured | 14.86 | 42.45 |
| 13. | RJM Acquisitions LLC | Unsecured | 21.18 | 60.51 |
| 14. | ECast Settlement Corp | Unsecured | 107.79 | 307.96 |
| 15. | Jefferson Capital | Unsecured | 1,262.89 | 3,608.27 |
| 16. | RMI/MCSI | Unsecured | 175.00 | 500.00 |
| 17. | United States Dept Of Education | Unsecured | 3,077.32 | 8,792.34 |
| 18. | MKM Acquisitions LLC | Unsecured | 434.55 | 1,241.57 |
| 19. | Westgate Resorts Ltd | Secured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Credit Processing Center | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Komyattee & Associates | Unsecured | | No Claim Filed |
| 24. | Komyattee & Associates | Unsecured | | No Claim Filed |
| 25. | Midland Credit Management | Unsecured | | No Claim Filed |
| 26. | FNBO | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | King II, Eligah L | Case Number: 06 B 09076 |
|---|---|---|
| | Hall-King, Alessander D | Judge: Goldgar, A. Benjamin |
| | Printed: 02/24/09 | Filed: 7/28/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Emerge | Unsecured | | No Claim Filed |
| 28. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 29. | RMI | Unsecured | | No Claim Filed |
| 30. | Nicor Gas | Unsecured | | No Claim Filed |
| 31. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 32. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| | | | $ 109,200.64 | $ 85,821.17 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 51.89 |
| 4.8% | 529.07 |
| 5.4% | 1,107.06 |
| 6.5% | 2,749.64 |
| 6.6% | 1,087.97 |
| | $ 5,525.63 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*